**FILED**
June 6, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PRISCILLA RENEE CARLISLE, )<br>)<br>Defendant. ) | Case No. MAG. 08-0191 GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Priscilla Renee Carlisle</u>, Case No. <u>MAG. 08-0191 GGH</u>, Charge <u>Title 18 USC §§ 472; 1029(a)(3)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ _25,000.00_

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    _X_ (Other) _With Pretrial Services Supervision of conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _June 6, 2008_ at _3:10_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge