UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PRISCILLA RENEE CARLISLE, ) <br> ) <br> Defendant.            ) | Case No. CR.S-08-0266-GEB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PRISCILLA RENEE CARLISLE, Case No. CR.S-08-266-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release to The Effort Drug Treatment Program

   ____   Bail Posted in the Sum of: $

        ____   Unsecured Appearance Bond

        ____   Appearance Bond with Surety

   __X__   (Other) Conditions as stated on the record.

   __X__   (Other) The Defendant is ordered released to the Pretrial Services Officer on 07/28/08 at 8:30 a.m. in order to be transported to The Effort.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   07/25/08   at  4:10 pm

By _____
Edmund F. Brennan
United States Magistrate Judge