DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PRISCILLA RENEE CARLISLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRISCILLA RENEE CARLISLE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:08-CR-266 GEB <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  August 8, 2008 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, PRISCILLA RENEE CARLISLE, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for August 8, 2008, may be continued to September 26, 2008, at 9:00 a.m.

The defense continues to review discovery and determine Ms. Carlisle's exposure under the Guidelines. In the meantime, Ms. Carlisle was ordered released to residential drug rehabilitation on July 28, 2008 and wishes to complete that program before she decides how to resolve her case. The parties therefore agree that time under the Speedy Trial Act

1  should be excluded from the date of this order through September 26,
2  2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A)
3  and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: August 7, 2008               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for PRISCILLA RENEE CARLISLE


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated: August 7, 2008               /s/  T. Zindel for Michelle
                                    SEAN FLYNN
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 26, 2008 at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 26, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: August 7, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge