1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  PRISCILLA RENEE CARLISLE

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:08-CR-266 GEB
                                 )
14             Plaintiff,        )
                                 )  **STIPULATION AND ORDER**
15      v.                       )  **CONTINUING STATUS CONFERENCE**
                                 )  **AND EXCLUDING TIME**
16  PRISCILLA RENEE CARLISLE,    )
                                 )  Date:  September 26, 2008
17             Defendant.        )  Time:  9:00 a.m.
                                 )  Judge: Garland E. Burrell, Jr.
18  _____)

19

20       IT IS HEREBY STIPULATED AND AGREED between defendant, PRISCILLA

21  RENEE CARLISLE, and plaintiff, United States of America, by and through

22  their attorneys, that the status conference presently scheduled for

23  September 26, 2008, may be continued to October 24, 2008, at 9:00 a.m.

24       Ms. Carlisle was ordered released to residential drug rehabilitation

25  on July 28, 2008 and wishes to complete that program before she decides

26  how to resolve her case.  The parties therefore agree that time under the

27  Speedy Trial Act should be excluded from the date of this order through

28

PDF created with pdfFactory trial version www.pdffactory.com

1    October 24, 2008, pursuant to Title 18, United States Code, Section

2    3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                   Respectfully Submitted,

4                                   DANIEL J. BRODERICK
                                    Federal Defender
5

6    Dated: September 24, 2008      /s/ T. Zindel
                                    TIMOTHY ZINDEL
7                                   Assistant Federal Defender
                                    Attorney for PRISCILLA RENEE CARLISLE
8

9                                   McGREGOR W. SCOTT
                                    United States Attorney
10

11   Dated: September 24, 2008      /s/  T. Zindel for Sean Flynn
                                    SEAN FLYNN
12                                  Assistant U.S. Attorney

13

14                          **O R D E R**

15       The status conference is continued to October 24, 2008 at 9:00 a.m.

16   The Court finds that a continuance is necessary for the reasons stated

17   above and further finds that the ends of justice served by granting a

18   continuance outweigh the best interests of the public and the defendant

19   in a speedy trial.  Time is therefore excluded from the date of this

20   order through October 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

21   (B)(iv).

22       IT IS SO ORDERED.

23   Dated:  September 24, 2008

24

25   _____
                                    GARLAND E. BURRELL, JR.
26                                  United States District Judge

27

28

PDF created with pdfFactory trial version www.pdffactory.com