1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   PRISCILLA RENEE CARLISLE

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:08-CR-266 GEB
                                     )
14                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
15        v.                         )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
16  PRISCILLA RENEE CARLISLE,        )
                                     )  Date:  October 24, 2008
17                  Defendant.       )  Time:  9:00 a.m.
                                     )  Judge: Garland E. Burrell, Jr.
18  _____ )

19

20        IT IS HEREBY STIPULATED AND AGREED between defendant, PRISCILLA

21  RENEE CARLISLE, and plaintiff, United States of America, by and through

22  their attorneys, that the status conference presently scheduled for

23  October 24, 2008, may be continued to October 31, 2008, at 9:00 a.m.

24        Ms. Carlisle was ordered released to residential drug rehabilitation

25  on July 28, 2008 and still wishes to complete that program before she

26  decides how to resolve her case.  The parties therefore agree that time

27  under the Speedy Trial Act should be excluded from the date of this order

28

through October 31, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 21, 2008    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for PRISCILLA RENEE CARLISLE

McGREGOR W. SCOTT
United States Attorney

Dated: October 21, 2008    /s/  T. Zindel for Sean Flynn
SEAN FLYNN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 31, 2008 at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 31, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  October 22, 2008

GARLAND E. BURRELL, JR.
United States District Judge