1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  PRISCILLA RENEE CARLISLE

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. 2:08-CR-266 GEB
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15     v.                          ) **SETTING SENTENCING SCHEDULE**
                                   )
16 PRISCILLA RENEE CARLISLE,       )
                                   ) Date:  January 16, 2009
17              Defendant.         ) Time:  9:00 a.m.
                                   ) Judge: Garland E. Burrell, Jr.
18 _____ )

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, Priscilla

21 Carlisle, and plaintiff, United States of America, by and through their

22 attorneys, that the hearing on judgment and sentencing scheduled for

23 January 16, 2009, may be continued to March 6, 2009, and that the

24 following schedule be adopted for preparation of the final presentence

25 report.

26     Draft PSR due                January 23, 2009

27     Informal objections due      February 6, 2009

28     Final report due             February 13, 2009

| | | |
|---|---|---|
| 1 | Formal objections due | February 20, 2009 |
| 2 | Response or non-opposition | February 27, 2009 |
| 3 | Hearing on J&S | March 6, 2009 |

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 24, 2008      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for PRISCILLA RENEE CARLISLE


McGREGOR W. SCOTT
United States Attorney

Dated: December 24, 2008      /s/  T. Zindel for M. Rodriguez
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney


**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: January 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge