**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                    RE:    **Priscilla Renee CARLISLE**
                                           **Docket Number:  2:08CR00266-01**
                                           **PROGRESS REPORT AND**
                                           **CONTINUANCE OF HEARING**
                                           **Proposed Hearing Date:  12/03/2010**

Your Honor:

On March 19, 2010, a violation petition was filed alleging Failure to Complete a Community Program at the Residential Re-entry Center, and Possessing Any Financial Instrument Belonging to Another Person.  The releasee made an initial appearance on April 16 , 2010, and the case was continued one month to allow Carlisle to enroll in a substance abuse program.  She returned to court on May 21, 2010, and was confirmed to be participating in Ujima Family Services, an intensive day-reporting substance abuse program.  Based on her progress, the petition was held in abeyance and a status conference was set for September 10, 2010.

Since her release in November 2009, the releasee has resided and been supervised in the Northern District of California.  Although her attendance has not been perfect, Carlisle is participating and progressing through the Ujima program and is expected to complete the program in late October 2010.  However, on July 1 and 8, 2010, the releasee tested positive for cocaine with sweat patch samples.  The results were later confirmed.  When confronted by the probation officer, Carlisle denied use of cocaine, but admitted she was around others who were using drugs.  Since that time, Carlisle has been submitting urinalysis samples which have all returned negative.

Rev. 11/2009
MEMO ~ COURT.MRG

RE:   **Priscilla Renee CARLISLE**
      **Docket Number:  2:08CR00266-01**
      **PROGRESS REPORT AND CONTINUANCE OF HEARING**

Based on Carlisle's progress and anticipated completion of the substance abuse program, and the lack of evidence of any further use of controlled substances, the parties agree to continue this matter until December 3, 2010.  Carlisle will continue to be supervised and tested by the Northern District of California until this court appearance.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:       September 7, 2010
             Roseville, California
             DDW:cd

**REVIEWED BY:**      **/s/ Terence E. Sherbondy**
                      **TERENCE E. SHERBONDY**
                      **Supervising United States Probation Officer**

cc:   Michelle Rodriguez
      Assistant United States Attorney

      Timothy L. Zindel
      Assistant Federal Defender

AGREE:  __X_____            DISAGREE:  _____

Dated:  September 7, 2010

GARLAND E. BURRELL, JR.
United States District Judge

Rev. 11/2009
MEMO ~ COURT.MRG

**RE:** **Priscilla Renee CARLISLE**
**Docket Number:  2:08CR00266-01**
**PROGRESS REPORT AND CONTINUANCE OF HEARING**

Rev. 11/2009
MEMO ~ COURT.MRG