UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

RE:   Priscilla Renee CARLISLE
Docket Number:   2:08CR00266-01
**SUMMARY OF ADJUSTMENT UNDER SUPERVISION**
**REQUEST TO WITHDRAW PETITION/ VACATE HEARING DATE**

Your Honor:

On April 16, 2010, the above releasee appeared in court for her initial appearance on a petition filed March 19, 2010, alleging Failure to Complete a Community Program, and Possession of a Financial Instrument Belonging to Another Person.  The matter was continued to allow the releasee the opportunity to enroll in and complete an intensive drug treatment program.  She resides and has been supervised by the Northern District of California.

In July 2010, the releasee submitted to sweatpatch testing which returned positive for cocaine.  When she submitted a urine sample, the results were negative for illegal drugs. The releasee denied the use of illegal drugs and was allowed to continue in her treatment program.

On October 18, 2010, Carlisle successfully completed the Ujima West Intensive Day Treatment Program in Richmond, California. Since that time, she has given birth to another child and appears to be stable in her recovery.

Based on the positive adjustment of the releasee, it is requested that the hearing currently set for Friday, December 3, 2010, be vacated, and the petition previously filed be withdrawn.  Both the Assistant United States Attorney and the Assistant Federal Defender concur with this request.

**RE:     Priscilla Eneee CARLISLE**
**        Docket Number:   2:08CR00266-01**
**        <u>SUMMARY OF ADJUSTMENT UNDER SUPERVISION</u>**
**        <u>REQUEST TO WITHDRAW PETITION/VACATE HEARING DATE</u>**


Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:   November 29, 2010
         Roseville, California
         :DDW/cd

**REVIEWED BY:    /s/ Kyriacos M. Simonidis**
                 **KYRIACOS M. SIMONIDIS**
                 **Supervising United States Probation Officer**

cc:   Michelle Rodriguez
      Assistant United States Attorney

      Timothy Zindel
      Defense Counsel


AGREE:  ___X_____          DISAGREE:  _____


Dated:  November 30, 2010

GARLAND E. BURRELL, JR.
United States District Judge